IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>vs<br><br>1) JOSE GABRIEL HERNANDEZ<br>2) JOHN DOE 1 a/k/a "El Gringo"<br>a/k/a "John 1 Doe"<br>3) RAFAEL ROBERTO BLANCO-RAMIREZ<br>**4) PASCUAL CASTRO-EUSEBIO**<br><br>Defendants | CRIMINAL 11-0213CCC |

# ORDER

Having considered the Report and Recommendation filed on November 28, 2011 (**docket entry 82**) on a Rule 11 proceeding of defendant Pascual Castro-Eusebio (4) held before U.S. Magistrate Judge Bruce J. McGiverin on November 22, 2011, to which no opposition has been filed, the same is APPROVED.  Accordingly, the plea of guilty of defendant Castro-Eusebio is accepted.  The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since November 22, 2011.  The **sentencing hearing is set for February 21, 2012 at 4:15 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on December 15, 2011.

S/CARMEN CONSUELO CEREZO
United States District Judge